*18 CV 1869 SRN*

Think of the world court petition to be a love letter w/o a return address. We can hold the world as they owe us not only for unpaid debts but for foreign aid when in return we have gotten less than zero on our investment as the world continues to deny our form is elegant and insists that we must bow to them and meet their lower standards — when they are unreasonable and irrational.

All our tax dollars and weak leaders have been doing? Imprisoning people across the Earth and killing people. Money and oil as we know it are at their end as is patriarchy as we were not even born as a patriarchy! All of the nations I named? They value themselves as outside amounts and protect personal interests at the expense of human beings.

New Zealand? Now, that's an interesting fact of my life: According ot the Constitution the President may not force his political will upon other nations and this happened in New Zealand due to their nuclear free policy. This directly harmed New Zealanders. The SCOTUS clerks received a copy of this and I warned them that in it they are labeled guilty as the criminal hearing was my first direct entry as SCOTUS hears cases of treason and I charged Suter. When Jeff Atkins entered it directly? He stood down the other clerks as I said we could no longer deny the reality that it appears as if criminal activity is taking place in the clerks office and he agreed: you could no longer claim it was a mistake due to what happened not only to me but to Atkins as someone rerouted the petition circumventing him once they realized he was entering it. It was then returned to me without reason or cause and so Atkins then had to stand down the other clerks telling them to keep their hands off of it as he was filing it.

Nobody else on Earth may use the word guilty in re the SCOTUS clerks or others involved but I may as it happened to me and I secured confessions.

*11*

# WORLD COMPLAINT

In which I had to pitch you as guilty to then let you, employees of SCOTUS, fall wherever you might and I pitched you as innocent in the Federal Appellate. This then makes paper irrelevant in that I can prove the case w/o ever opening anything SCOTUS sent to me after 11/20/08 by using life aka the words and actions of those involved. So in the end The People should not need the paper to know if SCOTUS employees are guilty or innocent and this then corrects the problem with their skewed emotional compasses. As I said, "It's an actual trust issue." I have the paper as I left it sealed but The People should be able to rely and depend upon their own reasoning and their own opinion. Basically I'm teaching them how to think *critically* as they did not learn this in public school. Critical thinking is why geniuses do not need paper and sop produce original ideas on their own. Every single person possesses the potential to realize what we call human genius. Like Hamilton said *you will it into being* only I'll add *usually out of necessity.*

Petition_____

*Before the*

# INTER-AMERICAN COMMISSION ON HUMAN RIGHTS,
# ORGANIZATION OF AMERICAN STATES

SUSAN HERBERT On Her Own And On Behalf Of THE PEOPLE

*Natural Born Citizens Denied Justice Absolutely As Being American Is A
Matter Of Faith Not Of Belief As Life Is Proof*

vs.

The United States of America
Aka
THE OFFICERS

Susan Herbert pro se
1100 Seagate Avenue 101
Neptune Beach, FL 32266

## I.    PERSON, GROUP OF PERSONS OR ORGANIZATION FILING THE PETITION

Name: **SUSAN HERBERT, pro se** (See SCOTUS docket)
(if the party filing the petition is a nongovernmental entity, please include the name of its legal representative(s))

Postal address: 1100 Seagate Avenue 101
            Neptune Beach, FL, USA 32266

Telephone: 904.705.6171
E-mail: bdobry@bellsouth.net

Do you want the Commission to withhold the petitioner's identity during processing?
    Yes    No


## II.    NAME OF THE PERSON OR PERSONS AFFECTED BY THE HUMAN RIGHTS VIOLATIONS

Name: SUSAN HERBERT, ETHAN QUINONES and CHRISTOPHER QUINONES (sons)
Postal address: SAME AS ABOVE
Telephone: SAME AS ABOVE
E-mail: SAME AS ABOVE

### III.   OAS MEMBER STATE AGAINST WHICH THE COMPLAINT IS BROUGHT

UNITED STATES OF AMERICA; ALL OTHER MEMBER NATIONS

### IV.   FACTS DENOUNCED

**Give a full and detailed account of the events. Specify where and when the alleged violations occurred.**

I was born into injury and every single solitary right has been violated. Then I was hounded by unjust persons until I died as to kill the truth of my legal argument the US government has to kill me. I survived my death as I not once violated the equal protection clauses with knowing and the one time I failed to act in defense of another I did not possess a crucial fact so I overcame death as a reward; I then chose to return to this physical life on Earth upon my own will and liberty and with full consent. *The facts then are my life; the facts are US history.* I am the very first American ever to mount and win a case of constitutional authority of original jurisdiction as the only other litigant to press such a case was William Marbury of Marbury V Madison who never collected his award that is the actual commission. We both entered SCOTUS directly; no other citizen has done so. And no nonlicensed lawyer male or female has ever done so. Marbury is the man who secured actual legal power by suing the US President via the Secretary of State so I had to sue the Chief Justice and the Supreme Court itself as I am suing for legal power and moral authority as "moral authority" is what William Marbury lacked. I knew to sue William Clinton as I was a Navy dependent when my sons and I were first injured by the federal government with deliberation in 1996 but as you had to be age 35 and as I did not yet have an answer to the actual federal question afoot I then had to wait out the family courts in over four states. I had to discover how

10

the state harms women and seemingly "gets away with it" or rather I had to answer "What do I know that no other woman or other citizen knows?" This became extremely complicated when <u>Bush V Gore</u> was heard by SCOTUS as SCOTUS does not have the power or authority to hear such a case and the lawyers pressing the case lied; in such a case you sue the state of FL not the lone person vying for the Office but if you do sue the person? Then both litigants must appear pro se for the Oath of Office reads "I will" *not* my lawyer will. A lawyer may not not not argue a Presidential election as it then constitutes an oligarchy rising and being installed in place of a Republic; it constitutes a military dictatorship in actual reality as it awards legal power to lawyers and moral authority to no one save the lone citizen hence the illegal and unjust war in Iraq as the offices of President and Commander become separated in such a way the chasm created is too great for the lone citizen to ever overcome it, for you have not one person presiding but everyone commanding so the will of the individual becomes the will of the group at large; it becomes a case of anything at anytime for any reason or even no reason at all.

This is about the difference between absolute and whole numbers and also the lone vote being equivalent to an Executive Order as we are subject to the equal protection and due process clauses. This is how you win equality for women thus then all humans on Earth. Therefore my facts are within the attached SCOTUS petitions. I, Susan Herbert, can prove that William Jefferson Clinton's election was wholly criminal and that as of Clinton's election the US - the institutions – had no intention of ever abiding by any contracts they entered not even the OAS and/or American declaration and that unjust men and now both male and female unjust persons already sitting in the offices of legal power never, ever intended to accord women and children the protection of the law thus never intended to accord humans actual protection of the law but only what seems as if; the US intended to protect private interest only.

I can and will prove that in the US when the institutions of power and authority are corrupted until they are criminal so that even the sitting President is a crook then liberty and justice is not possible for anyone and to my surprise that this is how

11

Hitler and the Nazis came to be exactly as in the US an oligarchy or dictatorship can only rise if it is fascist in nature. Austrian logician Kurt Godel knew this and made an attempt to inform a federal judge upon his naturalization but was silenced. Lucky for earth I have been acting to make this case since age 5. I was born knowing what Godel came to know.

"Nazi" and "fascist" are words that represent a personality type and mindset. In the US the only way to deny women any and all legal power and then to strip them of all moral authority is to become Nazi like fascists. "foreignization" of the Office of President and commander is meant to deny women access to two offices in the US, Chief Justice and President, as only those two offices stand alone and make law. You can and may foreignize the Office via a SCOTUS case like Bush V Gore and/or by then installing an actual foreigner, which Barack Obama is. While I can produce the paper I do not need it as it is obvious or self-evident that Obama is a foreign born citizen as signing resolution 511 is he and every single solitary sitting officer underneath him resolving to violate my rights and denying the citizens access to his past – to that paper – and never ever answering questions about his birth or school records is then he denying all citizens informed consent. We are to believe Obama or any person until we possess information - proof – which casts doubt upon his testimony; I had contact with Obama and I made it into SCOTUS as an authority case and he refused to meet me on a level playing filed so that I know: He is lying and he is foreign. I also possess other proof. The OAS member nations and indeed other nations could not know all they needed to know to defend themselves against SCOTUS, against Bush V Gore or against Obama and nobody could know Congress would fail to convict Clinton for a crime until it happened. We had evidence suggesting it would happen but as Nixon was held accountable we had no proof until Congress actually did it. I then became the defender of the American People, the constitution, as The People not the offices of power and not the institutions are the legal, constitutionally set government of the US. Member nations and persons who are black, women and poor have recognized the institutions over The People and are victims who became

victimizers but who were indoctrinated by privateers, lawyers and academics to then truly believe what they do is legal when it is not.

My chief complaint or denunciation is: MEN AND UNJUST PERSONS ON EARTH HAVE NO INTENTION OF EVER ACCORDING WOMEN AND THEIR CHILDREN PROTECTION OF THE LAW AS THAT THEN MEANS NO MORE UNJUST PRIVILEGE FOR THEM. ON AN INDIVIDUAL BASIS MEN REFUSE TO ACCORD WOMEN PROTECTION OF THE LAW AND ON A WORLDWIDE BASIS UNJUST MEN – HUMANS – REFUSE TO ACCORD WOMEN PROTECTION OF THE LAW. I AM THE PROOF AS I AM THE WORLD'S SMARTEST AND MOST ABLE AND CAPABLE CONSTITUTIONALIST, PHYSICIST AND THEOLOGIAN AND YET I AM NOT ONLY HARMED GROSSLY BUT I AM NOW THREATENED WITH BEING LOCKED UP IN A FEDERAL PRISON W/O ANY FORMAL CHARGE BEING MADE AND W/O ANY HEARING AS CRIMINAL OFFICERS OF THE US DO NOT WANT TO FACE THE CONSEQUENCES OF THEIR ACTIONS AND/OR FACE LOSING THE UNJUST POWER AND CONTROL THEY WIELD VIA PHYSICAL FORCE AKA FEAR AND LIES.

I now must face and deal with a world gone crazy as Hitler is alive and well as I saw his ghost come alive at an American political rally in 2004 and yet the Nobel Committee just gave Barack Obama a Peace Prize for nothing other than being born black as he did not do what the Nobel Committee claims and this is the second politically motivated award they have given out thus causing worse injury and harm as Norway may not know it but they have given Obama an award for violating the rights of all natural born citizens and breaching the peace, the same thing Gore and the climatologists did. These awards violate Alfred Nobel's own terms. Knowing how sensitive this case is I then made an attempt to make it worth the while of world court to hear me in person so as my facts are already within my SCOTUS petitions I then concentrated on PROVING that I am the actual legal winner of election 2008 as the SCOTUS docket shows: Petition 08-6622 as no other case is pro se, no other case is original jurisdiction and constitutional

13

authority, no other case overturns a SCOTUS ruling of o.j. thus invalidating election 2008 before it began, no other case did not rise from any appellate (the appellate line is empty as there was no lower court action) and in no other case did the US fail to respond at all! In Petition 08-6622? The US failed to answer in 30 days thus I won but then SCOTUS clerks took action when that is a crime against all citizens and when SCOTUS has zero power or authority to then deny me a hearing in person as if ONLY lawyers may enter paid SCOTUS. That's why I am the only pro se case to win as I did: it's a little known fact that SCOTUS routinely violates its own case law as it has a policy in place never to allow the pro se an appearance in person and to keep them from filing if possible.

Consequently this set of facts, as I am making an attempt to tell you what you do not know is about 300 pages long and is like no other court petition you have ever read as I, Susan, am a first in world history too: A pro se woman has to make the case for equality – the case for humanity - as a man will never give birth to a baby thus he can never know pregnancy or birth as an absolute fact. His testimony is forever evidence and not proof and he never has the vested right, as he will not vest it physically as women do. WOMEN INTRINSICALLY POSSESS THE PROTECTED RIGHT OF CUSTODY OF THE PEOPLE AS THEY SHED THEIR BLOOD IN DEFENSE OF THE PEOPLE, THE CONSTITUTION, BY THEIR VERY BIOLOGICAL NATURE; VIA WAR A MAN MAY VEST HIS RIGHT BUT IT IS NOT INTRINSIC.

I am asking you to be very patient then and read all of the following and all of the attachments; if nothing else you will go for the ride of your life as Bush V Gore? It's a tie I called in my favor as it is actually 9 as (5 as 1) versus (4 as 1) or 1 versus 1, a tie; the exact words of our law and math dictate that it can never be per curiam - you may not invoke per curiam due to the unique nature of SCOTUS as all SCOTUS rulings are a form of per curiam already and due to what per curiam is- and it can never be 9 as 5 - 4 as 1 as the math will always be bad. *In the US you never pit absolutes against wholes; we hold a vote and that vote then is counted as one whole as the Founders did not provide for a direct vote as direct votes*

14

*never work.*  Thus you do not subtract 4 from 5 to arrive at one!!! And if you allow the Justices to dissent? You are giving the Justices two votes so you must then count the dissenting Justices as one whole and the concurring Justices as one whole. And, even if you count SCOTUS as one whole FOR Bush that then pits SCOTUS against The People at one whole FOR Gore. It's still a tie. No matter how you count it if you do the math correctly it is a tied decision so the actual constitutional authority had to rise from The People and call it.

Bush V Gore is fiction, as it was never a good case or even a legal case at all: The case was Gore V FL so should have been Gore V FL again as the loser appeals if he has an appeal to mount. Bush V Gore is a lie and only became a good case as the actual lawsuit lies in overturning it once it was heard as Bush V Gore reveals the chink in US law that exists between the offices of President and Commander that then allows a dictator to rise. It forces the lone citizen to span the space between President and Commander using only their one vote thus you build a 'bridge' which completes a circuit in an open ended system. Thus the lone citizen 'creates' energy known as liberty, causing it to pour out upon The People upon ascension to the office as it restores the original Constitution and so restores The People. It's the restoration of man after the fall as man fell again at Bush V Gore only as the door was open this time around I went through it, as when God opens a door no licensed lawyer can close it: just because a pro se litigant never argued in SCOTUS does not then mean she can't; it means nobody ever thought to sue SCOTUS itself or nobody could sue SCOTUS itself over a wrongly decided case: *To sue SCOTUS itself for wrongly deciding a case thus leveling the playing field by proving you are more able and capable than 9 SCOTUS Justices put together you have to be a woman and you have to be without a law license as women have not had any actual legal power since before our founding and lawyers caused the fall of the Republic by exploiting their expert knowledge and by violating the separation of powers via undue influence so lawyers are the cause of the injury.*

Bush V Gore was decided WRONGLY, not in error but wrongly as we dumbed down SCOTUS by appointing less able and capable men only to keep women

15

from securing the same rights men enjoy and abuse in their favor. All any willing citizen had to do was act in December of 2000 to then prove ownership of the knowledge (I did) and then sue but act pro se to then issue the Executive Order calling it in her favor; an appearance in person was never necessary as bad math is bad math forever and injustice is injustice forever if not addressed. You had to sue every single sitting officer and citizen and then all of Earth as unjust men know different but insist upon injuring women and children regardless. All any citizen had to do was be willing to learn the answer to every question MEN could not answer and then keep acting until they were on the SCOTUS case conference list w/o ever making any appearance in lower court as if that happens? Marbury V Madison says we then adjudicate the actual paper commission known as the Declaration and Constitution: Does it belong to me thus The People or to the unjust men currently holding the corporate seats – the titles and bank accounts - in Washington, DC? You had to go back over US history accounting for all of the mistakes the US has made over the past two hundred plus years that were never addressed to then correct them as around 1871 the sitting officers took a criminal vote and then acted upon it and so began to change the original governing documents in later publications until the present day version is not what our founders wrote nor intended; it is missing an amendment known as 13 and the 14th, never voted upon but foisted upon us after the Civil War is meant to strip all power from The People in favor of lawyers and bankers (politicians). It names the "federal" institutions as the power and authority clearly going against every Founder especially Jefferson. Why? Easy: After the Civil War white men had to find new ways to harm us and they did to then stop their victims from overcoming their victimization.

"Foreignization" of the Executive in the US is meant to then harm all other nations for as other nations slowly achieve liberty and justice the bankers and lawyers of this world have to find a new way to injure you.  What better way then via The People, by making it all seem as if it is good and so beneficial when it is anything but?

Proof would be: women do not have liberty and justice over 200 years later, the Chief Justice and Executive are still exclusively male and I am the only person in the US who acted to uphold and enforce the world court ruling known as <u>Gonzales V The US</u> as best I could as both her lawyer and the so the court argued the incorrect property interest and right; effectively if Gonzales had known <u>Bush V Gore</u> for what it is – bad math and criminal – and so if she acted pro se then once her case left SCOTUS she then was acting as Chief Justice. However except she had a paid lawyer; in the US it is fact: ALL LICENSED LAWYERS RECEIVE PROFIT, PAY, FOR PRESSING A CASE; EVEN THOSE CLAIMING TO BE PRO BONO MAKE A PROFIT OR THEY WOULD NOT DO IT.  IF THE CLIENT DOESN'T PAY THEM THEN SOMEONE ELSE DOES.  It's a confluence of privateers and officers and the lawyers they hire plus the money they, Congress, print at their whim and will. There's nothing like printing it and then giving it to crooks via "legislation" or "bailouts" or "stimulus packages" and/or bailing the crooks out and then printing up the money to do it thus awarding the crooks for exploiting The People and so forcing us to pay them tribute against our will.

What happened the last time the Nazis with their lawyers and speechwriters came calling? The world turned a blind eye and/or paid their price.

FACTS (others re my person and injury are within attached documents):

I, Susan, complain or denounce:

1) I was born into lethal harm on December 30th, 1967. It is endemic generational domestic violence; it is familial and national as domestic violence is named in Article 4 Section 4 of the Constitution and the Republic fell at <u>Bush V Gore</u> and as the case for women makes a cycle we have seen before reappear upon a worldwide basis:

2) I know you will not believe me at first world court but stick with me as the Nazis are back only they are disguised as buffoons and ignoramuses dressed in three piece suits. I stumbled upon this as I, Susan, am the case for equality as I lived it and upon making this case realized I also reasoned Uniformity. At first I thought this would end there but it did not; Uniformity then led me down other roads always making more and more discoveries until finally I entered the Supreme Court of the US with both legal and scientific unique intellectual property. This is where it gets interesting as to get inside SCOTUS I had to contact the clerks so I realized it may be too late as the male court clerks told me that this case would never be allowed to enter as they had been told to keep it out. They had been told what elements to look for and then shut it down or in their words "sink" it. The clerk calling himself "Will" who I spoke to on 2/28/07 said this as if it is official federal policy not merely personal policy.

3) I was floored but no man can stop me as I have been diligently traversing the world solving problems, honing my skills to then be able to act as a Chief Justice as I needed answers as the only actual justice in this world is the truth. Without the truth you never have a resolution and so this became part of my problem: my engagements with the enemy – the mostly male unjust officers – then led to new questions.

4) That is because my government is trying to make me believe that I am less than human and am not worth the paper they print a dollar bill upon but they can never, ever get me to go to that place because: The moon landing is my first sense of self thus the equal protection and due process clauses are cemented inside of me permanently and will never be apart from me.

5) It's also because I am a natural born genius and began making the case for humanity at or around age 5 when I asked for a life and promised to act in defense of humanity in return. I had no idea I was a woman until age 37, when "Will" told me that I was only a "woman". My story is absolutely amazing and men do not want to believe it as it puts them to shame: Unjust men believe people can't be

ethical; they believe people can't walk away from money. Well believe it as I had a choice to make, a trillion dollars for my intellectual property or my soul and I chose my soul. Later it became a case of acting in defense of The People, the constitutionally set government of the US as every officer is sitting in open and direct violation of the law. At last it became a case of defending the world as a US Marshall told me in February that I was going to become the US' – Obama's – first test case of locking up Americans w/o a charge, w/o a hearing or trial and w/o any legal representation.

6) Make no mistake: as a genius I mounted a constitutional authority case of original jurisdiction and won as every officer defaulted on 11/05/08 and then the SCOTUS clerks violated every American's rights by tampering with the SCOTUS docket on 11/20/08 as to cover up the 11/05/08 default they acted upon an emergency application I filed but they then refused to file the actual paper application not knowing that the math – the dates – would never make sense as SCOTUS may not answer a default judgment instead of The US aka The People not the Solicitor General as once the Solicitor fails to respond it is always default until The People are informed and respond as it is contract law; I'm the first citizen to force the US – the officers not The People  – into default. To act but not file the paper? It denies The People standing in all federal courts thus The People may only enter with a lawyer which is a problem if your whole case revolves around Bush V Gore being a bad case – not a case at all but fiction – and if LAWYERS are the object of your disaffection as paid lawyers caused are the injury itself. Lawyers are actually guilty.

7) A constitutional authority case of original jurisdiction has only entered twice, Marbury and me. So you can immediately see where this is going: If you sue SCOTUS for being a male majority you can never overcome thus pull rank you then assume Command of the US, The People and the military. Basically it's a stand off between Obama, me and John Roberts with the winner receiving actual delivery of the paper commission as Marbury says if the withholding of the paper is now the injury then you argue or adjudicate the commission thus delivery follows.

19

<u>This is how the case for women must be made. I'm a genius; I know – it's the only way.</u> If you check logician Kurt Godel realized what I realized: The "chink" in chain of command between President and Commander allows for a dictatorship to rise in the US. Godel tried to inform a federal judge upon being sworn in as a naturalized citizen but Einstein and the judge stopped him from presenting his entire argument. It was right after WWII so they were nervous Godel would be rejected as a citizen as he was Austrian.

8) It's funny as the author of a book said it left the US to fend for itself. Nope: It left Susan to fend for The People as the US officers are not the government. It also left Susan to fend for the planet as exactly like the Nazis rose and walked right over the Jews w/o anyone seeing anything the Obama administration is now threatening to lock me up as I am an "agitator": a person screaming at the top of her lungs with all the constitutional basis and reasoning you need – I'm telling the truth - and so the issue now is: Obama's lackeys never saw what I had to stop them with as they never counted upon any one citizen being able to do what I can do: Out predate and out manipulate them. Usually the institutions of government frighten the first people to come forward and usually you don't have a Thomas Jefferson in your midst. This time I'm on the scene as I knew if you can't see it then listen for it as SOMETHING had to be around and about as Himmler and Goebels went to school, drove around on dates and took walks in the park. If you couldn't see it as it wasn't wearing a uniform could you then hear or feel it?

9) I never meant to answer the question the Jews have been asking, as it seemed self-evident and obvious to me. I've been engaging the world ever since I was five partly due to my circumstances in life and partly due to my authentic person. Along the way I had clues; I knew to watch and listen at certain times and to look for the same themes and same thoughts, feelings, ideas and beliefs. I did not realize I was collecting a body of knowledge or body of evidence within my person that would then enable me to unlock my genius and then later lead to me uniting or unifying the entire record man has collected so far via living it. The time came to enter SCOTUS and boy – did I get the shock of my life as you'd think the US

20

would want the answers. Remember: the US is the institutions, the officers, as The People are the constitutionally named government. Not only did they not want me to talk but Obama was installed as the clerks kept obstructing justice thus I have no idea if the Justices ever actually saw my petitions. It seems as if no Justice ever did read my petitions but read only what the male clerks wanted them to know. I could not believe – I found it bizarre and confusing – that you could not recognize a Nazi named Hitler sitting in front of you only as he was popular and/or appeared to be black like Obama; I could not believe you could fall for this again. Was it me or was it you? YOU as about 70,000 citizens cheered for Hitler. From the Sioux city Federal Complaint and from the SCOTUS Petition to be reheard <edited for length; notice how I named my legal reasoning for every statement which is why I was not arrested as it is not a threat if your action is legal and you reason it as such so you own the knowledge; that's US law known as the entire Declaration and Constitution and US case law known as Marbury; other US case law also applies>:

I. Justice? That is the truth so until I get it and until we then get it as a nation of People none of us are going to stop and trust me – we are going to start shooting at some point, as we will have no other choice. All the paper you want and need is within this court already, attached to all of the cases Zoss illegally and in violation of the law denied and dismissed.

II. The one and only thing protecting all of the federal officers is secrecy. They do whatever they want to do to me and to all of The People even when they know different as they are protected by secrecy. Thus all I have to do is make it not a secret by acting in the open. Any federal officer who reads this now as I already forced direct action in SCOTUS thus changed everything so federal officers know they must hear it in person and must adjudicate the commission – to argue anything else like insufficient fact is to claim I do not exist and neither does your own job as a federal judge

21

which is ludicrous – so that I can and may start taking names and I can and may start shooting. If you exhaust the process and so nothing else is left but violence our Founders said you can and may shoot. They knew they might have elegant law but it is people who might be our problem, people acting to violate the law in such a way that they left us no choice but to shoot. Jefferson even warned: Marbury V Madison is a good ruling but it can lead to an oligarchy and probably will so if you ever get here - shoot a federal judge. Did he say, "shoot a federal judge"? No but he did say dissolve the legal bonds and then abolish something, whatever is the cause. That's in Federalist Ten: To address domestic violence attack the thing that addresses the most effects. It does me no good to attack a piece of paper; I must attack those responsible for it. So if federal judges are the cause as they REFUSE to let The People appear in person, and if federal judges are my own problem as they REFUSE to let me appear in person ONLY as I outsmarted everyone of them, and if the reason they can do this is secrecy, that their actions are buried on the federal docket so nobody knows, then I do two things: file in the world court located within DC and then pick a person who is a federal agent and whom harmed me on or after 11/20/08 and shoot them. In this way I do what the Founders told me to do and it is legal as everybody knew but all chose to participate in what is criminal and in my unique case? As only I have that SCOTUS docket only I can and may and should escape any and all prosecution whatsoever. I may not be charged according to our law and case law but the officers will try it. A judge will want to do it to me even though he knows it makes him a criminal. I'll then go to trial. Big deal. A jury of my peers may not convict me and they won't - not after I talk about myself and how we all came to be within a federal courtroom with a dead body – or severely injured body  - and when every single solitary authority in this nation knew as did millions of people who were prevented from

22

acting and as did the world as I filed in world court. There's only ONE actual reason for any of this: Susan Herbert is the innocent victim and her nation  - it's officers – liked abusing power and liked acting criminally thus wanted to kill her and needed to kill her as she found them out and sued them successfully but they could not kill her before she killed them via the lawful, named process. Nobody is going to feel sorry for a federal agent. My life story? People will be agog and aghast at how this nation's and most likely this planet's most intelligent person was hounded since the day she was born and beaten incessantly until finally her children were kidnapped only to stop her from being who she is, or as the Creator made her. That so insane are the patriarchs and their minions, women who support them only for the benefits they personally receive like a title or money, that they would actively try to kill Susan and even use her kids to do it only as her legal argument meant no more unjust privilege and favor for the unjust persons in office or the privateers.

III.  Why would this court need to worry? <edited for length>

IV.  Nobody is ever going to believe the federal bench could not read. My attachments: 1. SCOTUS suit 09-6777; 2. SCOTUS Petition for rehearing 09-6777; 3. Federal Appeals Brief 09-10661 that includes its own attachments; 4. Federal Appeals Motion to be reheard; 5. SCOTUS Petition 07-9804; 6. Petition against Obama that Paul Zoss pretended he did not read; 7. Private investigator's report on Obama's birth; 8. List of Records 'wiped' or 'erased' from Internet once Obama's eligibility came under question as the ACT to remove them counts as evidence rising to proof. Some of these records are still available as people saved them before anyone tried to erase them.

*V.* This case, against the political parties, was filed as a prisoner's motion or so say the documents that were mailed to my home. It is not a prisoner's motion. The political party's make me feel as if I am in prison but I'm not in a physical prison.

*VI.* It was dismissed. The reason it was dismissed is that I have not established proper jurisdiction or so this court falsely claims but nobody can deny Resolution 511 was passed and so exists, Obama is sitting as President when he does not qualify, no woman has ever been President or that the political parties are responsible for this as it is not possible for a woman or a third party candidate to be elected and a two party monopoly has created the legal situation that logician Kurt Godel warned us about: There is a chink in US law which allows for a dictator to rise, a nazi like regime – the thing that is and does - backed by a small group of persons. I witnessed its birth. It is inextricably inked to political parties and money and how they work – how we elect Presidents in modern day America.

*VII.* It's also about how federal judges are appointed and for how long and how the federal court is structured as we have created a legal situation whereby the ethical cannot gain entry to the federal court thus dead paper in the form of lawyers is given the standing. If you give standing to dead paper only, to lawyers only, you are no longer Constitutional. If you refuse to hear the case for women then women have zero protection of the Constitution. You cannot ignore the political ramifications of this as federal judges are appointed by Presidents who have all been male and since Andrew Jackson have all been Democrats and Republicans and that almost all current federal judicial appointments are political – Reagan was the last President to actually interview federal judges and most

24

Presidents never bothered - but even that does not stop the lawbreakers among us from trying to circumvent the federal courts completely thus circumvent the people completely with tricks like taking bad and even criminal legislation to the House Judiciary Committee as that's how you violate due process if you're Congress. The judge might not be political but the person appointing him or her is acting upon what is. Proof would be this very court as I named it as the only ethical courthouse I happened upon in America as far back as 2007 and as soon as Obama was elected he announced he wanted to restructure the federal courts beginning with this very court as "important" decisions are arising from this court and so this appellate. In other words: As these decisions would effect the illegally sitting Obama and other Democrats then stop it by "restructuring" what already works. I've looked and looked: Restructuring the federal court may not be a purely political move but starting with this one is a purely political move. Physics dictates Obama did not randomly pick this district; he picked it as I said I was coming back here and the two party, overtly and even exclusively male monopoly then makes it hard to defeat such tactics.

VIII. The overly broad power the two parties exert is overcomeable; you're supposed to be able to use the federal court to overcome it — sue for equal protection and due process and to enforce the natural birth clause - but federal court seems to be siding with the crooks: If you, the victim, are not accorded your right of redress then you can't overcome it.

IX. I'm assuming then that this case was dismissed as it was inadvertently filed as a prisoner's motion as the passage of Resolution 511 signed by both members of the Republican and Democratic Parties alone is cause to sue, as it is obvious

25

conspiracy and collusion as all 100 Senators can and do read. This two party monopoly came to harm this nation in a gross manner. It resulted in actual foreignization of the Office of the Executive and caused the insertion of what is Marxist in nature. It along with the discrimination of women is the main reason the Constitution has been overthrown which occurred when Bush V Gore was heard in a court of law as Bush V Gore is the federal case w/o any actual claim or any actual federal question as you fought a Revolution to win the vote so why do you need to go to a court to adjudicate it? And it is the federal case that shut out every person but Christian men who are lawyers and who are Democrats and Republicans as lawyers not the men vying for the office argued it and as no winner then goes into federal court only to chance losing so changing the case from Gore V FL to Bush V Gore was meant to deliberately shut out all voters but especially female voters, the injured party, as no lone citizen save me was likely to be able to sue and SCOTUS has never let a nonlawyer argue before it and has never let a woman argue her own case no matter how good her case is. Proof is: Obama is a Democrat and a lawyer who now claims to be a Christian when he was raised Muslim. "Christian" is what the two parties demand today.

X.  I'm not the exception; I'm the actual product of The Declaration and Constitution as I lived them out as real to test them. Anybody can possess my genius if they apply themselves but you can't take shortcuts: no lying, cheating or stealing and no political party membership as the modern parties ask you to pledge allegiance to them and their major donors not to the Constitution aka The People.

XI.  Before I go on: I have alerted the Jewish Defamation League and the nine Sioux tribes as they have a vested interest in this case. I

26

had to serve them. It's not appropriate to object to the dismissal as it was filed as a prisoner's motion and as I attached the case to another part of Herbert V Obama. You cannot separate Herbert V Obama from this case as this is a constitutional authority case and you may not allow men to argue a Presidential election masquerading as an equal protection issue when it isn't but then refuse to allow women entry to do the same when they do have a good case and do have an actual federal question. Again: Obama is a Democrat who signed Resolution 511 thus colluded with Republicans to then violate the Constitution namely the equal protection, due process and natural birth clauses thus he signed it when he had an insurmountable conflict – it benefited his person - and this could not have happened if the parties did not have a monopoly that is made impossible to overcome as a citizen would have stopped them. Two hundred years later the Senate is mostly male and the Executive is exclusively male as is the Chief Justice when women make up more than half the population. I checked: all the Justices are party members. Nonparty members do not even get on a list for consideration let alone in the front door. See Katherine Harris out of FL as the Republicans turned on her and she lost the office she ran for. <u>511 aids only men, only Democrats and Republicans, only members of Congress and only foreigners at the expense of women and at the expense of one exact woman: Susan Herbert as she can, will and did preserve, protect and defend the Constitution better than any American ever but as she refuses to participate in what she knows to be criminal activity - an organized political party and/or the purchase of an office - she is unknown and kept off of the ballot.</u>

XII. I happen to be the PAC case David Souter was looking for when he ruled he was sick of reading the same PAC case over and over as I lived it. It involves the parties, women, WalMart who has this

27

nations largest PAC, discrimination, and their decision to begin funding local campaigns but then naming GOVERNOR of CA as local and China. Swarzeneggar is now Governor of CA; this is tantamount to WalMart announcing it will buy the Office of the Executive in order to foreignize it as foreignization helps large business at the expense of the People, as it is Marxism they are trying to install...edited...

XIII.   It is silly to be afraid of discussing our mistakes or maintaining the status quo to then maintain no order, as lawlessness is no order at all. Looking back over our mistakes is how I came to answer the questions the Founders asked including Madison's "What exists at the founding of any great government?" And sometimes you have to go down a road to then have an answer thus you will have dead ends BUT the Founders never, ever meant for you to install or insert an institution and then refuse to remove it once it caused harm. Federal courts and other institutions have zero business tying our hands in any way. I blame a 1920 federal court ruling never overturned and meant to target blacks, women and Natives: The federal court ruling that says policy may not be litigated unless you can prove injury has occurred so it essentially forces you to become a victim before you sue a politician like a President for unconstitutional policy only now the injury that is realized first especially for women and children is death so you then can't sue, can you? This ruling is political in nature as it was then exploited over and over by administration after administration. It might not have originally been political but it is now. NOTHING in the Constitution allows for victimization and policy is something you can reason as legal or not. No policy is ever gray rather than black or white. That's a mistaken belief politicians want you to possess so you'll go along with just about anything they propose. And if you're kept out of court? You are forced to be a victim. This is

28

where it can become convoluted as federal judicial appointments are mostly: <u>Political.</u>  Is the conflict one we can overcome? The results so far say No, federal judges aren't willing to set politics and/or prejudice aside. Thus I'll make yet another attempt:

XIV.   If you look the four PAC cases Souter complained about are all the same all you need to read are the captions. What's missing? WOMEN. You need to be able to prove PACS cause harm by tracing the effects as some effects then become causes as Federalists Ten states. You need to prove PACS overthrow the Constitution as private interests use them to do it. As this is such a large case and it's all related I decided the easiest way to tackle it was to separate the entities thus starting with myself and working my way up. As for party/campaign funding in general? Recent reform is a bust. The money factor causes people to join political parties as they can't overcome the money w/o the party...or can they? We <u>can</u> just toss out the money and the parties completely thus prevent the purchasing of offices as we already have a system in place to campaign for a place on the ballot if you are a private, independent natural born citizen: I, Susan, prove for only $1.27 you can secure the Office and/or a place on the actual ballot in all 50 states by making a case for The People in federal court. My bank statement listing $1.27 in my account in April 2007 is entered. Ideally The People need to heal themselves – that's most important - thus any person so motivated can choose one of the federal questions afoot and argue it thus vesting his or her right and interest. You can address a violation of the Constitution to vest it like Baltimore charging for videos but not any other media: When is James Bond free versus when is James Bond not free? Does form matter? Isn't "The Spy Who Loved Me" always the same spy who loved me whether it's a book, a film, a book on tape or a record by

29

Carly Simon? If I sent Sean Connery into the library with Woody Allen's library card and Daniel Craig's driver's license would he be made to pay and/or qualify himself in order to see Pierce Brosnan as James Bond? Himself as James Bond? Is this an unjust tax that targets the poor and the deaf? You can remedy an injury. It's your choice. That constitutes you proving you can fulfill the oath if we elect you and guess what? As The People fund the federal court it's bang for our buck. You won't have many people who succeed; that is you won't have so very many that the ballot is overrun and you address the citizens having their right to enter the courts violated at the same time. If you use a jury then the jury gets to award you that place on the ballot or not as a second, separate question a part from the point of law as your argument might win the day but might not be Executive in nature. It's a system The People can use now until we have a new system and until this mess is sorted out and it's wholly constitutional as that person is vetting him or her self then by subjecting themselves to the review of The People thus it is voluntary as outside vetting is not legal. ONLY qualified, natural born citizens can do this. It's like I told Obama: to prove his innocence and natural birth status? Obama had to enter his answer before I entered my brief and he did not so first one to the bar wins as obviously she's natural born as her actions produced unique, original, intellectual property that benefits the US and she even gave up the profits as she copyrighted it in the name of The People not herself. It's the quickest way to heal the injury and the quickest way to cause the People to feel actual liberty once again. It's not about the appearance of your documents but what you, the person, bring to court as you then have to support the paper to the level of proof by yourself. You have to be able to produce in person; you have to be able to argue it yourself no matter what it looks like on paper as even if you enter the most professional documents we're ever seen, a Founder might

30

have written them as they look so good, but you can't string two words together in person? We possess reasonable doubt. This then would inspire people to obey, enforce and uphold the Constitution as they would know as fact the door would be open for them if they wanted or needed to walk through it; it would be possible and you never know what will happen in life: I, Susan, am a past President. I actually vested the right and the interest in 7th grade as class President. It counts, as it is as valid as any national election as The People duly elected me, I served two terms and retired as I graduated. SCOTUS was I then legally vesting it. The People do not participate when they feel as if it and they do not count. The People need a reason to invoke the law from the time when they are children so they come to embody it and then to continue to enforce it, avoiding all negative contracts. As The People have been working on reform plans this would give us time to evaluate and implement one of those plans and if we chose one that did not work? We'd have a fail safe back up system to rely upon the control of which rests wholly with The People.

XV.   This complaint is brought under USC 1983 and USC Chapter 18 but firstly under the Declaration and Constitution as acts of Congress, acts of SCOTUS with the other Judiciary and acts of the sitting Executive past and current conflict with the Constitution as does law the citizens made via a direct vote of The People as nothing within the Constitution, US case law or US code allows for the citizens to make law via a direct vote, to violate the natural birth, equal protection and due process clauses via a direct vote or to target women, enlisted serviced members or me and my sons exactly via a direct vote. And nothing provides for the violation of fully vested fundamental rights which go w/o redress and w/o any actual remedy and relief as nothing grants any citizen not even

31

Presidents and Justices blanket immunity. See <u>US V Nixon</u>. I also have standing to sue to enforce a judgment of default entered by SCOTUS and am in the correct court as the very first violation of a fundamental right was perpetrated by the federal government while I and my children were Navy dependents and this violation is directly linked to a former Executive and unconstitutional policy he invoked as well as a crime he committed which Congress then excused, as if it never happened. As it's core this judgment of default occurred because every single sitting officer I came in contact with and every single citizen reasoned and decided they or other officers and/or lawyers were above the law while I and my sons were below it or less than human and as they insisted that US law provided for no remedy and relief. It is directly due to women never having been accorded actual equal protection and due process and as women have never been able to bring the case for equality before SCOTUS as it is either argued incorrectly, it is not heard w/o any reason or cause named, men not women bring it, no pro se litigants are allowed before SCOTUS and unconstitutionally so, and/or the person bringing it is unconstitutionally denied redress for the violation of her rights perpetrated by SCOTUS employees.

XVI.   Jurisdiction: 28 U.S.C. §§ 1391 – 1412: I have read it and this venue then would be proper as prior court activity occurred in this district and as this may be the only venue left via process of elimination. Plus as this is an authority case ANY federal venue would be appropriate as one of the concerned parties, female voters, lives here.

XVII.   What began as a family case over custody escalated until I was challenging men inside SCOTUS and even SCOTUS itself as ultimately they and it caused the injury. The case spanned several

states and was and is in court in three: NY, PA and FL. as the creation of impossible standards then created legal limbo; either no action is taken thus the case sits and sits or the states harm me with impunity.

XVIII.   The SCOTUS docket proves my claims – it along with me constitutes incontrovertible proof - but in this unique case I must now sue those involved in order to address an intrinsic flaw in the process which now denies us our rights in order to force sitting officers, whole institutions and the voters to recognize the law and my person and so the equality of women, the legal and biological reality they deny, or, to enforce the judgment of default.

XIX.   Both major parties are guilty. I'll deal with the Republicans first: In the fall of 2004 I went to a political rally sponsored by the Republicans at which George Bush Jr. was to appear. Ultimately I received the shock of my life, as I am a witness to genocide born in the US. For years sociologists have been looking for this answer as have I. Scientists could name the elements and which conditions did not seem to matter; they could not name the cycle or the pattern or if they had every element or how they came together. I can answer this question due to the Republican Party.

XX.   Several elements do need to exist plus they do come together in a very specific way and scientists are wrong: I now know what comes before the eruption of mass violence so that I can state as fact what happened in Rwanda may have been longer in coming then anyone ever imagined. The best way I know how to say it to a federal judge: An event such BVG or 9/11 occurs; there seems to be an escalation of fear plus injustice. BVG is very, very important – what it is and does to cause genocide is intrinsic – but 9/11 is not very consequential because all it needs to be is anything the

33

leaders can use as an excuse to act unjustly or create more irrational fear, what I named suspicious fear: be suspicious; be worried; your neighbor may be your enemy; you can't see your enemy. It's a rev up. Then all necessary elements are realized in one time and one place and so genocide ripens. I saw the event that no one ever saw before; when and how it ripens so that mass violence may erupt. At this point it's possible as the 'machine' is in place and the people did it once so it is then alive and what I witnessed and what I know tell me that <u>IS</u> how Nazi Germany was born and nobody realized it but not what Rwanda saw as Rwanda had no central cult personality surrounded by 'officers' who actually did all the dirty work. However I can answer the questions about Rwanda, as now I know what no other person ever knew.

*XXI.* This sounds awful; it is. Bush Jr. is not guilty; he had no idea what happened before he arrived and I saw him flinch when a person held up a sign reading Jews for Bush. Why? The hate speech, that's why. I saw Jews cheering for their own extinction, women cheering for their own extinction and enlisted service members cheering for their own extinction. The news is not all bad: As I was there the US can now own up to it and then take credit for giving the world an answer that can stop genocide forever. The whole event is on tape and I have a witness: A Vietnam Veteran as it seemed that only he and I and perhaps a few other Veterans knew something had gone horribly wrong. I, Susan, knew the exact word - genocide - and so I became terrified and fled for my life.

*XXII.* We know <u>BVG</u> and everything that happened up to fall 2004 – a time before we knew it is a bad declaration of war. The Republicans said you had to arrive 5 hours before the event or you couldn't get in. 5 hours in the baking sun in FL in a football stadium; it was an oven. To get in you had to pass through 'security

34

guards' – members of the Republican Party or at least the guy who touched me was. They began roughing people up. They began confiscating silly things only to throw them out as if you had to leave it they were dumping it not leaving it for you to claim. So a mood developed.

XXIII.   Now we're in the stadium. As it heats up the concession stands are charging outrageous prices for drinks and food. You have <u>five hours</u> of this. Then the toilets overflow all over the stadium. It is getting worse and worse and worse. I can feel the mood shifting and I begin to realize what I might be witnessing but I keep telling myself it's impossible. I'm thinking this can't be but I know genocide so the only word I have is ripen, maybe this is how it ripens so then the possibility of mass violence exists at any time; maybe it's not possible until it ripens. I now know that's it, it must ripen. Something is made physically real. Exacting thoughts, feelings, ideas and beliefs along with motivation and intent combined with issues regarding power, victimization, justification not justice and morals not ethics is made real. The otherwise 'good' civilians doing it? They are the targeted victims and do not even know it; they are unaware they have been <u>actively</u> 'recruited' to participate and so do not know they have been deliberately targeted. This is important, as coming into play in order to keep the recruited participants unaware is a cycle of blame, shame, anger and guilt.

XXIV.   A Vietnam Veteran sits down. Everybody is talking and he begins talking about John Kerry; he's not here to ask you to vote for Bush as he's here to tell us: WHATEVER YOU DO YOU CAN NOT VOTE FOR KERRY; EVEN DON'T VOTE AS LONG AS YOU DO NOT CAST YOUR VOTE FOR KERRY. He has no idea who he's voting for due to the candidates – none of them are fit; none of them are safe. You're either safe or not; safety is or not. There's

35

no such thing as a little safety or a little liberty.   So people start asking him questions.

XXV.   I listen to him talking and I stop him: I have a question: "I know about the Swift boats; I hear Swift boat everything. Now you just said something – unfit for command. I don't need to know about Swift Boats. Why did you, a person not here to vote for Bush and a veteran just say unfit for command like you did? What's YOUR reasoning?" So he said, "He lied about the return of his medals." I reply, "Okay now I know: Violation of a renegotiated honor bound contract. He's unfit to command." This happens to be one of the most grievous offenses you can commit. You give up your medals as it is your claims THE PEOPLE have violated the Declaration and Constitution wholly and absolutely in your case. You are no longer a party to the contract. If things change and the contract is renegotiated the President representing THE PEOPLE reawards your medals. At that point? You had better not look sideways if looking sideways is a violation. A lie? A violation.   Cheating? A violation. Running for any office when not fit to serve? A violation. This nation needs to get right with itself: all the proof I ever wanted or needed was that Veteran saying he came here on his day off not to vote for Bush but to stop me from voting for Kerry. If he said or did nothing else that is the proof. I believe Vietnam Veterans: I do not believe one of them: John Kerry. How many veterans have to tell me if you elect that man you might be killed? 1. Not 2, not 20, not 75 but 1.

XXVI.   So all day long things worsen, it's more heaped on top of what feels as if it is unbearable, it's like a sewer, until the hate speech begins. Like nothing I have ever heard in my life. The speakers begin and it is insanity from the get go; it has been building up all day as there were acts like musicians every once in a while so a

36

person would grab a mike and blurt something out or they would broadcast something to 'entertain' us while we waited. It is a mixture of politicians and party leaders plus well known locals. An ex-Model named Kim Alexis gives a speech. [Kim Alexis is a person, a good person, who then participated. Why? I know why. This is my reasoning for naming her - not as she's guilty but as she has some of the most priceless living testimony ever as she was there and she did it but she did not know.] From among the speakers she stood out as she's a woman and a mother and her words made my blood run cold. Certain words and slogans are repeated ad infinitum. Bloody, bloody, baby, women, Christian, bloody, murder, and on and on. Men get up. Jesus, bloody, baby, women, murder, drugs. THIS IS A CHRISTIAN NATION. Over and over and over. You think it'll stop or somebody will react but they do not. Now it's bloody, baby, women, WAR, JESUS, WAR, bloody, Christian, abortion, bloody. I'm getting more and more concerned. I'm watching it all, taking it all in as now I know: I am about to see how genocide is born; I'm gonna know – how did the Nazis do it, why good people did it and why the Jews didn't act. I want the court to note: I always knew I'd have to give this answer to the Jews then the rest if the world. Once I knew I was actually seeing it? I captured it all in my minds eye paying special attention to: the emotions. Those I captured in my body; you can sort of internalize them to recall them later. It's a gift, as I have an instrument that is perfectly calibrated – my ears – as I listen different, with my entire person; I record or memorize things differently than other people do. It's related to how I process language so that I experience the actual whole truth while others experience only a part of it or miss it completely. I was experiencing the truth of the whole event in that stadium; others missed it entirely while that Veteran knew most of it. That's because: If your person matches US law in letter and sprit, if you

37

have those same beliefs and practice them, your emotional compass is very finely tuned. Mine happens to be perfectly calibrated the way a perfumer has a perfectly calibrated nose or a taste tester has a perfectly calibrated tongue. It's what makes me such a deadly constitutional attorney: If an argument or ruling – or a belief - does not match the Constitution? I'll know it and I'll know exactly what it is and why. It will light up like a Christmas tree for me. Then I can read what the Justices wrote and know: This is what the lawyer needs or this is what they all missed or this is where the Justices erred. Sometimes I will read one or two sentences and know; other times the caption alone will tell me. Often I can even identify what mistaken belief specific people involved in the case have as it's all over the paper but they do not realize it, as they aren't doing what I'm doing. As people produce paper? I can listen to a piece of paper the same way I can listen to a person.

XXVII.  The stadium feels like it is filling up with water, as if we'll drown, and the crowd is cheering insanely and then suddenly on the jumbotron is a JEWS FOR BUSH sign. The crowd cheers; Bush flinches – he knows something is wrong as it is the way they cheered – only he says something like  "We're a Christian nation but there's room for Jews too." And there it was; it ripened: This crowd let up a roar EXACTLY like the People hearing Hitler let out. It's distinctive; I will never forget the sound and feeling of it. The extreme physical discomfort; the extreme heat and smell of the overflowing bathrooms; the anger; the nonstop hate speech; the imagery, very detailed ideas of graphic violence regarding women and babies but labeled Christianity, mixed with the emotions that were swirling around as if waves washing over the participants and the sound of that roar rising like an expectant release of joy, eagerness, but joy for violence and death; a religious fervor for a

political agenda whether it is constitutional or not and no matter who it harms, so urgent even your own person is expendable for the good of the cause. The sound that the crowd made in that one incredible roar was deeper and more intense than any cheering I have ever heard but the intensity of the emotion is what frightened me the most, as if these people were made to be temporarily insane, actually insane, as they were feeling joy but expressing the idea of blood and death for no named reason, so that expressing this insane idea purposely – This is a Christian nation - to then feel that emotion became their cause and became their reason. If they expressed that idea – those words in that order no matter how senseless they are in the context of America - they were rewarded with that emotion – joy  - so death and the idea of killing women and babies made them feel good as it cannot be murder if Christians do it. The emotion itself became their god; the emotion itself became their cause and they would say or do anything to get it. I do not like to use the word joy, perhaps joy infused with pride, you're proud to be killing women in the name of Jesus, as to feel this you need to have other people around you who engage in a sort of give and take. It's as if you need that outside approval to then feel the emotion, that to get that approval is to then be able to feel it. I witnessed what happens when individuals have had their sense of self annihilated to such an extent and degree that they then 'adopt' a collective created sense of self, a sense of self that is located completely outside each person so that if the group promotes it you  then identify with it – you are it or so you truly believe – thus you feel good when you express it, even it is insensible like equating Christianity with death instead of life. You have traded your will for the will of the crowd; you have replaced I with us, not we. The people in that crowd could not tell you what they were cheering for if you asked them; all they could do is say exact words but not delineate any actual concept or any actual

39

belief. <u>Human emotion without any reason; unconditional pride.</u> The Nazis had unconditional pride; it was their sense of self; it was directly wired to their id but that id only exists as a group. It doesn't exist if the group doesn't exist. Each individual had wholly conditional love, indifference, directly wired to his or her ego. It's human emotion without reason as a group and human reason without emotion as an individual. It's how and why each individual could be so brutal – they felt so good doing it. It's how and why they were such effective killing machines, as they could operate either in a group or alone. Compare it to what you know: How hard does a group have to work to get even one person to do what he or she would never do, such as convince a person to commit rape only as the others in the group pressure him? How hard does a group have to work to convince one person to do something 'smaller' like rob? It used to be impossible in America; now it is common and nobody blinks.  Kill reason first by battering them with words, render them powerless – they must feel powerless both mentally and physically – and then insert a new idea over a long period of time but do it in such a way you make them truly believe it as real, 'it's America', as you cement it inside them with that one, massive, final blow: visual imagery, auditory imagery – all of your senses being attacked  - and with a wallop of emotion that feels unbelievably fantastic. But I felt terrified. I know now that a person could have held up a sign that read Kill The Jews and I would have heard that same roar as long as the person 'leading' the crowd condoned it and so did the guy sitting next to you. Hitler's big lie only it is bigger and much more insidious than anyone ever suspected.

*XXVIII.* At that exact moment it felt as if the water had risen over my head and I was going to drown; I was actually going to die. I was going to suffocate. Nobody was stopping it; I knew exactly what had to

happen for mass violence to erupt. I knew I could do something exactly and we'd have mass violence. And somebody might do that accidentally. I took one look at that Veterans face and fled for my life. He was silent and he had a look of confusion and revulsion on his face; his silence was different as it was as if he couldn't move. He KNEW something had gone horribly wrong but he did not have the word "genocide" in his head or he would have had a different look on his face. The person I attended this event with? That person was cheering; he had no idea what had happened and when I fled he kept trying to tell me that I was 'crazy' and making it up; he was absolutely clueless as to what he had just been deceived into doing. He absolutely, positively did not hear the lie he was just told, the lie of his life, the most lethal and deadliest lie of all: They will think for me; I don't have to think; I don't have to feel.

XXIX.   I then went back over the record of genocide that we have. Nazi Germany and Rwanda are the same; it's the same but it is realized a slightly different way. It has to do with power and control; a created fear; there's a rev up or a cycle; there's an event, a moment in time where it ripens; and if one thing happens after that point? Mass violence will erupt unless the chain set in motion is broken. Genocide is already, before mass violence erupts. You might slaughter people in one day or you do it a few at a time in an illegal war or at home killing women; it might take you five years to kill them all but it's mass violence and is genocide. In person I can go over this in fine detail and reason it all for you. I have to do this for all citizens but especially for all political parties so they never go here again. I also have to break or sever the chain set in motion with BVG as once it ripened? That chain was never broken; it is still in motion today and is being realized various ways like the John Woo memos discussing if they could invoke martial law to then use the military to lock up Americans w/o cause, w/o any hearing or trial

41

and w/o any charges.  Yes, in concentration like camps. Those memos are more serious than anyone knows. What has not yet happened is the sudden explosion of violence, which is not so sudden but only appears to be. If the American people want to know who the Hitler in their midst is I will tell them and trust me, if I could not prove this beyond any doubts – not reasonable doubt but any doubt – I would not say it: Dick Cheney. Cheney should be very afraid of me, as there's a whole lot of things that he did that he truly believes he has gotten away with; things he is certain no one will ever know or couldn't know, things I can prove. I'm not 'figuring out' who did what as I know as fact without any question whatsoever as following a chain of people is easy for me. Cheney might believe he did something behind closed doors so you can't know but you can; if you have my unique skill you can follow that chain anywhere and know anything.

XXX.   I do not want say much more about this event on paper. It's too important. You have all of the fact you need as I'm not to be forced to prove my case within my complaint.

XXXI.   The Republican Party has a federal ruling against it involving voting in which they were not do certain things again and guess what? They never stopped doing them and no matter how many people pointed this out nobody did a thing to enforce that federal ruling. Not in 2004 or in 2008.  The Party has no plan to ever obey that ruling or so I was told.

XXXII.   The Republican Party is hoping to nominate Arnold Swarzeneggar to its ticket in 2012 and/or 2016. They have been promoting this idea all over. You know, first you agree to seat a foreigner who doesn't sound like one and then you can seat one that does sound like one and when we complain? They will cry: If Obama sat why

42

can't Arnold sit? It's a violation of EP&DP to discriminate against people from Austria but not those subject to the British Crown. Arnold Swarzeneggar will not sit in that office before I do, and then he'll never sit in that office ever, and Obama should not have.

XXXIII.   The Republican Party is now placing unqualified people on its ticket; they know these people are unqualified thus what they are doing is treason as they are overthrowing the office of the executive, but they do it regardless. And at the expense of women, blacks and American Indians. WAR VETERAN is not a reason to commit a crime; nor is it a reason to violate our rights. I have a few choice words for John McCain as I too am a war veteran and I too was a prisoner of war - we can compare scars – and I too was tortured – I can describe intimately what torture is and does and what it feels like when you get to that point where you're gonna break or you're gonna survive. I too had to make a choice: Do I cut and run or remain a prisoner? For at least ten years? It would be ten years at the least. I remained. McCain said he did it as it wouldn't be fair to the other prisoners. I did it as I would not be able to live with myself afterwards and as nothing would change my children would be injured as adults; I did it as if I'm the only hope these people have – if I don't do this it will never be done and these people and this nation will die – then: I have no other choice. I have never once used WAR VETERAN as a reason for anything let alone an excuse. I know: I'm not above the law. I'm like everyone else as we all have one vote. Susan Versus John McCain? McCain is never gonna be my equal when it comes to moral authority.

XXXIV.   The Republican Party has manipulated and controlled the system and hogged the ballot for more than a hundred years. It's time for it to step aside. What happens? That's up to the People who are the Party. I would like to see some of the Republican and Democratic

Party leaders in jail but it's not up to me; it's up to the people who are the party and to The People, the constitutionally set government. Republicans can volunteer to jettison the leaders who did this, to begin obeying the law, to not assume one of the top two slots on all 50 ballots for the next few elections and work to fix how we even manage campaigns as there's a problem and a big one with PACS and I have the case as I am the case, or they can volunteer to cease to exist.

XXXV.   The Democrats: The Democratic Party is a vile animal these days. If Kerry were not enough they gave us Bill Clinton too. Do they HATE Americans or what? The Democrats told us: We will elect anybody at all, even crooks and foreigners, as long as we do not elect someone we actually victimized. You can appear to be black, you just can't actually be black. The Parties have both been engaging in propaganda and conditioning tactics. I don't know who's worse. Like this: A person who is black tells me Obama is one of us and will help us. One of us? Yeah, you know – a victim. Victim? Obama's mother is white; she and her family were not victims of slavery. Obama's father is Kenyan. He and his family were not victims of slavery. Obama claims to have suffered from discrimination. Nope, as look – he doesn't even qualify and he made it into the office. If it were discrimination he suffered from then he wouldn't be sitting. But you know how I know he is lying when he says he is a victim? He looks like the majority population of Hawaii. Most Hawaiians are not white as Hawaii has an indigenous population. He also grew up in Indonesia; he looks like the majority population of Indonesia. He doesn't really look different thus he was not treated differently as in black versus white. This man is no victim; he only needs you to believe he is. Listen to how careful this constitutional lawyer is: you do realize he was careful to say My wife's family is related to slaves and were slaves as if by

44

being married to her he is then a victim too? When I point this out to people they are stunned. They are not hearing it. And then the things they do hear: Everyone can name Hawaii. So nobody stops to reason what the Hawaiians who are Native look like? Yes as they are absoluting everything to death instead of connecting it. Discrimination causes a physical injury; it actually affects your brain. It causes your brain to sort of cross wires as it's about annihilation of self. You confuse id with ego; you lose the human ability to feel liberty as an emotion and physical sensation. It truly does dumb you down. Nobody is hearing the truth due to the injury: Using words to make it seem as if, a thing lawyers do too well. Democrats took it to a new level as they used imagery too such as the "Office of the President Elect", a make believe office with its own podium, own news conferences and own great seal. People truly believe it's a named office. How severely have the people been injured? I found out: Incapacitation. Lawyers did it for politicians and then did it for businesses; it escalated and became the norm and went on for so long the people suffer a form of brainwashing named in the DSM. I can fix it, as I know how to heal this injury.  But I'll give you an example of what this injury does to a person:

XXXVI.  I ask a person: "I believe John Kerry is unfit for command". Is that a fact? The person hesitates and finally She: Yes, Kerry is unfit. Me: I know if Kerry is fit or unfit. I asked you about your <u>belief</u> not Kerry. You think there is a right or wrong answer, as if one is good or bad. You were hesitating as you were trying to figure out what answer I wanted you to say so instead you...answered a question I did not ask. I asked is this your belief? Is it a fact of you? So, somebody in your world has taught you that some beliefs are good and some are bad. Nope. They are. Now, did you even hear what I asked? Say that statement in your head like this: If you ask me that same

thing I'd answer this way: I, Susan, believe Kerry is unfit. I do. Okay, YES, it is a fact – a fact of me; my fact is I do posses this belief. But you answered, "Yes, Kerry is unfit." Can you answer my question the other way? Can you answer it 'No, Kerry is not unfit'? You know what else? If I make that statement to you then ask you if it is a fact? You <u>can't</u> answer it at all unless you ask me what my belief is! When this happens it is about self-awareness and sense of self. "I believe": You don't see quotes when a person speaks!

XXXVII.  People "can't believe" what they did. They're stunned. And guess what? The Democrats exploited this very injury. How deep does this go? Deep as now it is everywhere. LAWYERS did it to America. So did speechwriters. People are hammered all day long with this, even on the news. Thus a person goes to a poll to vote and although they have been conditioned to vote for a certain candidate they don't know it so they truly believe they made a choice born of will and liberty when no, they are operating upon that conditioning on a subconscious level and then the carefully chosen words that serve to deliberately steer their choice so it is NOT their choice and is NOT voluntary.  This is exactly how bad it is and how deep is it is:

XXXVIII.  A commercial now running says this: "Studies show 1 out of 4 women can misread a pregnancy test". CAN? As in ability? 1 out of 4 women have the human ability to....make a mistake! Who reads a pregnancy test incorrectly on purpose? Who deliberately reads it incorrectly? Or by accident? Oops! I accidentally looked at my own pregnancy test! No, it is 1 out of 4 women have the human ability to make a mistake. Now, what studies? It says "Studies show". Not even a recent study but a generic "studies". You mean millions and billions of our tax dollars went into finding out if human beings can make mistakes? Is it possible humans make mistakes? And if

possible do humans then act with deliberation to make mistakes? Well, I gotta tell this court: I know what "studies" these are; I know every one of them. Since the dawn of man we have tested, studied and determined mistakes. I can even name the very first scientific study regarding mistakes ever made: Eve made a mistake and we were off. Government was born! Ever since then we have thought about mistakes, considered mistakes and examined mistakes. Man debates and argues and promotes his mistakes in study after study. Man and mistakes: Our own Founders studied mistakes. They went all over the world studying them. They read about them, watched them and collected the details of them. They then designed the largest, grandest most important study ever conducted to answer this question: Can man govern himself, or, is he doomed to always and forever make a mistake from which he cannot recover? It took over 200 years for this study to be completed. In November of 2000 the study was finished. I was floored: Why, it seems the Founders never considered what if the conclusion of the experiment itself IS the mistake man never recovers from every time? What if nobody knows the study has been concluded??? Or nobody knows the mistake??? Time to review our mistakes! Is this the most perfect form of government on Earth? I am! I could have saved that drug company billions. As it is they might owe me billions. Notice they aren't telling us that 1 out of 4 men make mistakes. It's only women who have the human ability to make mistakes as if men can correctly read a pregnancy test 100% of the time and perfectly do everything 100% the time. Well, make no mistake: Every time I ask someone what that commercial is saying they tell me that 25% of the time pregnancy tests are wrong as in the test itself is defective but mostly, almost exclusively, I hear this: women can't read them as they are confused. As in can't understand directions. Not one person realizes he has just been told women can and do make mistakes 1

out of 4 times – if a pregnancy test is involved. What? Do women make a mistake 1 out of 4 times when breathing? Opening a can of soda? Hmmm, in all I do all day long am I, Susan, making a mistake 25 % of the time? Will the Creator tell me upon death: Susan, 25% of everything you ever did was a mistake.  I'm not kidding: one woman said when she first heard it she thought dumb as in such a dumb woman would need to go back to school and men have told me that they do truly believe women are less than men – a SCOTUS clerk told me this and even said he did not believe the Constitution applied to women and some of that is because of crap like this as he does not even know he is absorbing it as fact and truth as it's so subtle and feeds into the pre-existing injury  - and when I asked men about this ad some did assume it was something women did like couldn't read the test or the instructions; as if it was about how women are: DUMB.  Dumb is a state of being for women; it is a fact of men that women are dumb. I understand directions perfectly; I follow them perfectly. Watch me perfectly follow the directions in the Federalist Papers and so sue this company for LYING to the public thus harming women as it implies and infers WOMEN ARE CREATED DEFECTIVE thus it is their unchangeable nature and uses brain washing to do it. It says one of us makes mistakes while three of us are perfect and that's a lie, false advertising, as all women  - 100% - CAN misread a pregnancy test so 1 out of 300 million Americans WILL sue: You did not say 4 out of 4 women can misread a pregnancy test and I know why: The jig is up if you said that, isn't it? This drug company did not make a mistake. It acted with deliberation.

*XXXIX.*  Exactly as everything these Parties did is deliberate. Don't believe me? Joe Trippi of the Democratic Party, the guy who worked for Dean, wrote a book; it's called "The Revolution Will Not Be Televised". He told me to use the internet to steal this seat, to take

private funds for the first time since 1976 to steal this seat, and to figure out a way to motivate the 47% of people who never vote to then vote if I wanted to win just for the sake of winning as it was about winning. He even told me that I should look for a minority person, as these voters are mostly low income. This sounds like a plan. That somebody decided to follow to the letter: I saw a magazine cover that read (not exact): "How the kid who owns Facebook chose a President". It was all about how the internet, namely Facebook, was used to seat Obama and that w/o Facebook no Obama. I, with my own ears, heard Obama say he was going to take private money for the first time since 1976. Then I saw the Democrats desperate and scared. I also saw the wealthy men who control them gleam as they knew: We finally managed to gain control of it all; all we gotta do is make it seem as if we are electing a black person when really we're electing a foreigner as the only thing we can't get past now is a victim...if an actual victim sits our goose is cooked so we can make it seem as if but we just can't elect a person who was one of our victims. We can even nominate a woman who used to be a man but had a sex change operation as long as it isn't one of our actual victims. And a black guy who isn't would then motivate those 47% of the voters we've never been able to motivate...you know they'll vote for us thus making it seem as if he's way more popular than he actually is. Nobody will ever realize the actual numbers tell a different story and who will ever check the actual facts? We can do this! Now, did I or did I not hear that this election brought out more voters than any election we could remember? None of this is mistake. Now, did the Democratic Party leader Harry Reid say they might be able to get a light skinned black who did not sound black then elected? It's all history that you deny. See the people who are black decry this but also embrace it as it proves racism is still alive and well. I attached Jasmyne Cannick.

XL. Even if we assume everything Barack Obama ever said or did his whole entire life is a fact it is also a fact that he signed 511. He unqualified himself then. But not one Party member noticed? Not any members of the Democratic Party knew of that document? At least two signed it. No Republicans knew of it? So what did they do? Did both parties collude? As it seems as if they had a silent agreement to remain silent when 511 was passed – approved by the Judiciary Committee – as nobody in either Party said a word. <end; see attached Sioux City and SCOTUS petitions>

10) Ready world court? Once I understood that you had been indoctrinated w/o knowing it by lawyers and speechwriters I began putting my theory to work as I needed to be able to prove to you that you had indeed fallen for Hitler's old shtick only bought it lock, stock and barrel as it seems as if we, the American People, are all going along with it. With what? World Court:

11) The People are not the officers. Obama does not represent The People as he CAN'T as even if he was born here – he was not – he then committed crimes to gain entry to the office. Can the chief law enforcement officer of the US be in violation of the law on the way into office, or only to then steal it? How can you have a criminal enforcing the law if the first thing he'd have to do is lock himself up? I outsmarted them by doing what they couldn't: If The People know Obama is a criminal and the officers are refusing to act as they are profiting from this mess and if no authority is left as all moral authority belongs to The People – The People that the federal court now refuses to allow entry – what do they do? It's an impossible legal situation as you can't escape it...lawyers are protecting lawyers and all judges are lawyers. And what's Obama? A lawyer. Lawyers and businessmen along with two parties kept committing worse and worse violations without any consequence as they stripped the citizens of the ability to defend themselves – you can't be elected in the US unless you are a crook - until that activity became criminal. Then the criminal activity rose, ascended chain of command and landed at Clinton whereby the Congress

50