## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Susan Herbert, et al.,                                      Civil No. 11-1869 (SRN/SER)

        Plaintiffs,

  v.                                                                              **ORDER**

Barack Obama, et al.,

        Defendants.

---

SUSAN RICHARD NELSON, United States District Judge

    This matter is before the Court for consideration of plaintiff's Objections (Docket No. 13) to Magistrate Judge Steven E. Rau's August 24, 2011 Report and Recommendation ("R&R") (Docket No. 9). Judge Rau's R&R recommends denying Plaintiff's Applications to Proceed In Forma Pauperis in District Court (Docket Nos. 4 and 5) and summarily dismissing the action pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    This Court has conducted a de novo review of any portion of the R&R to which Plaintiff has made specific objections. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.02(b). Based on its review, this Court adopts the R&R.

    The Court must dismiss an action if the plaintiff fails to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

    Like the Magistrate Judge, the Court is unable to identify any claims in Herbert's complaint, a legal basis or facts supporting such claims, or any actual relief that Herbert is seeking.

Based on the foregoing, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Judge Rau's Report and Recommendation [Doc. No. 9] is **ADOPTED**;

2. Plaintiff Susan Herbert's applications to proceed in forma pauperis [Doc. Nos. 4 & 5] are **DENIED**; and

3. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 24, 2011

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge